# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 13-305-04 (EGS) |
| v. | : | UNDER SEAL |
| **DEWAYNE K. SPRIGGS,** | : | |
| **Defendant.** | : | |

**FILED**
**OCT 21 2014**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING AND TO SCHEDULE A STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits this Motion to Continue the Sentencing Hearing and to Schedule a Status Hearing in this case. In support of this motion, the government states as follows:

1. On August 20, 2014, the defendant, Dewayne Spriggs, pled guilty before Magistrate Judge Kay to one count of Conspiracy to Distribute and Possess with the Intent to Distribute 100 Grams or More of Heroin, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B). A sentencing hearing is scheduled for December 4, 2014. As a result of newly discovered information which may materially affect the ultimate disposition of this matter, the government moves to continue the sentencing hearing and to stay the filing of sentencing motions and memoranda. Counsel for the defendant, Kenneth Auerbach, has been contacted by undersigned counsel and does not oppose this motion.

2. On or about October 1, 2014, the United States Attorney's Office was informed by the Federal Bureau of Investigation (hereinafter "FBI"), Washington Field Office, that one of the special agents involved in the investigation of the above-captioned matter may have been involved in tampering with some of the firearms, narcotics, and other items of evidence seized during this investigation. At this time, we understand that the alleged agent misconduct with

respect to this investigation may be limited to the execution of search warrants on November 20, 2013, at a residence of a co-defendant in Deale, Maryland, and a vehicle associated with that co-defendant. The involved FBI special agent has been suspended. The special agent is now under investigation. Because the investigation of the special agent's alleged misconduct is in its early stages, the government does not yet have sufficient information in order to determine what impact, if any, the alleged misconduct will have on the defendant's case. Accordingly, the government requests that the sentencing hearing be continued and the filing of sentencing motions and memoranda be stayed to permit the defendant to review the government's disclosure of newly discovered information. A stay of the filing of all sentencing motions and memoranda also will allow the government to further assess this newly discovered information and inform the Court and defense counsel what course the government intends to pursue in this case.

3. The government also respectfully requests that a mutually convenient status hearing be scheduled in approximately 30 days. The parties respectfully request that the sentencing hearing date of December 4, 2014, be converted to a status hearing. Mr. Auerbach is scheduled for a medical procedure the week of October 27, 2014, and will need time to recuperate.

4. By separate motion filed simultaneously with the instant motion, the government also moves that this motion and any orders or pleadings related thereto, be ordered to remain sealed because of the risk that public disclosure of these pleadings will compromise the integrity of the ongoing investigation into the alleged misconduct by the special agent.

WHEREFORE, for the reasons stated above, the United States respectfully requests that its Unopposed Motion to Continue the Sentencing Hearing and to Schedule a Status Hearing be granted.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447-889

By: /s/ Karla-Dee Clark

Karla-Dee Clark, D.C. Bar No. 435-782
Todd Gee
Zia Faruqui
Assistant United States Attorneys
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-7740 (Clark)
(202) 252-7224 (Gee)
(202) 252-7117 (Faruqui)
Karla-Dee.Clark@usdoj.gov
Anthony.Scarpelli@usdoj.gov
Zia.Faruqui@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon counsel for the defendant Kenneth Auerbach, Esq., via electronic mail to ken.auerbach@yahoo.com, this 21st day of October 2014.

/s/ Karla-Dee Clark

Karla-Dee Clark
Assistant United States Attorney