UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Crim No.: 13-305-22 (EGS)

BRITTENY FLOYD
                        Defendant.

### DEFENDANT 'S MOTION FOR MODIFICATION OF
### OF PRETRIAL ORDER REGARDING CONDITIONS OF RELEASE

Defendant by and through undersigned  counsel, respectfully moves this

Court, pursuant to the Bail Reform Act of 1984, 18 U.S.C. 3141 et seq., to amend

the current order regarding conditions of release. Particularly defendant is

requesting that the Court vacate the current order holding her without bond

pending sentencing.   In support of this request the defense states the following:

The defendant had been released on the HISP program but was recently

terminated.   The defendant was recently arrested and charged with a misdemeanor

domestic violence assault charge.   In that matter the defendant was held on a 5 day

hold which was scheduled to be heard on October 28, 2014.   Defendant also has

another pending misdemeanor case in DC Superior Court; as part of a disposition

agreement the prosecution agreed to dismiss the other pending Superior Court case

at the time of sentencing in this case as part of a disposition agreement.

On October 22, 2014, the parties in the instant case appeared before this

court.   On that day this Court vacated the defendant's conditions of release and ordered that the defendant was to be held without bond pending sentencing.    The Court advised the parties that if the defendant were released in the pending Superior Court cases the defendant should advise the Court and the Court would consider modifying bond in this case as well.

On October 28, 2014 the defendant appeared in both Superior Court cases. Attorney Gregory Gardner represents the defendant in both of her Superior Court misdemeanor cases.  Mr. Gardner has advised undersigned counsel that in both pending Superior court cases the defendant is being held on nominal bond of $25; additionally, in both cases the Superior Court Judges have advised Mr. Gardner that if the defendant is released in the instant case by this court the Superior Court Judges would vacate the nominal bonds and release the defendant in the misdemeanor cases.

The Defendant is requesting that this Court set this matter in for a bond review hearing as soon as possible.  The defendant is requesting that this Court vacate its order holding defendant without bond and impose conditional relief that will allow the defendant to resume classes at University of the District of Columbia so that she may not be terminated as a student based on her being unable to attend classes due to pretrial incarceration.

WHEREFORE the defendant respectfully requests that this court set this matter in for a bond hearing as soon as possible.

Respectfully submitted,


____/s/_____
Jonathan Zucker, #384629
1350 Connecticut Avenue, NW
Suite 202
Washington, DC   20036
(202) 624-0784

Counsel for Defendant