UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 13-305-12 (EGS) |
| v. | : | **UNDER SEAL** |
| VINCENT JONES, | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO STAY THE SCHEDULING OF A SENTENCING HEARING AND TO SCHEDULE A STATUS HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits this Motion to Stay the Scheduling of a Sentencing Hearing and to Schedule a Status Hearing in this case. In support of this motion, the government states as follows:

1. On September 9, 2014, the defendant, Vincent Jones, pled guilty before Magistrate Judge Facciola to one count of Conspiracy to Distribute and Possess with the Intent to Distribute a Detectable Amount of Heroin, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C). A sentencing hearing in this matter has not been scheduled. As a result of newly discovered information which may materially affect the ultimate disposition of this matter, the government moves to stay the scheduling of a sentencing hearing and to schedule a status hearing. On October 22, 2014, undersigned counsel sent an electronic mail message to counsel for the defendant, John Machado, but was unable to speak directly with him.

2. On or about October 1, 2014, the United States Attorney's Office was informed by the Federal Bureau of Investigation (hereinafter "FBI"), Washington Field Office, that one of the special agents involved in the investigation of the above-captioned matter may have been involved in tampering with some of the firearms, narcotics, and other items of evidence seized

during this investigation. At this time, we understand that the alleged agent misconduct with respect to this investigation may be limited to the execution of search warrants on November 20, 2013, at a residence of a co-defendant in Deale, Maryland, and a vehicle associated with that co-defendant. The involved FBI special agent has been suspended. The special agent is now under investigation. Because the investigation of the special agent's alleged misconduct is in its early stages, the government does not yet have sufficient information in order to determine what impact, if any, the alleged misconduct will have on the defendant's case. Accordingly, the government requests that the scheduling of a sentencing hearing be stayed to permit the defendant to review the government's disclosure of newly discovered information. A stay of scheduling a sentencing hearing will also allow the government to further assess this newly discovered information and inform the Court and defense counsel what course the government intends to pursue in this case.

3. The government also respectfully requests that a mutually convenient status hearing be scheduled in approximately 30 days. The government is available in mid-November of 2014.

4. By separate motion filed simultaneously with the instant motion, the government also moves that this motion and any orders or pleadings related thereto, be ordered to remain sealed because of the risk that public disclosure of these pleadings will compromise the integrity of the ongoing investigation into the alleged misconduct by the special agent.

WHEREFORE, for the reasons stated above, the United States respectfully requests that its Motion to Stay the Scheduling of a Sentencing Hearing and to Schedule a Status Hearing be granted.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447-889

By:             /s/
Karla-Dee Clark, D.C. Bar No. 435-782
Todd Gee
Zia Faruqui
Assistant United States Attorneys
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-7740 (Clark)
(202) 252-7224 (Gee)
(202) 252-7117 (Faruqui)
Karla-Dee.Clark@usdoj.gov
Todd.gee@usdoj.gov
Zia.Faruqui@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon counsel for the defendant John Machado, Esq., via electronic mail to johnlmachado@gmail.com, this 23rd day of October 2014.

            /s/
Karla-Dee Clark
Assistant United States Attorney