**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Crim. No. 13-305-21 (EGS)** |
| | : | |
| v. | : | <u>UNDER</u> <u>SEAL</u> |
| | : | |
| **LISA ADONA,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>NOTICE</u>**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits this Notice to advise the Court and defense counsel of recent developments in the instant case.

1.      On April 29, 2014, the defendant, Lisa Adona, pled guilty before Magistrate Judge Robinson to one count of Possession of Heroin, in violation of 21 U.S.C. § 844(a).  On July 9, 2014, Magistrate Judge Robinson sentenced the defendant to one year of probation. The government hereby notifies the Court and the defendant of the following information which has come to light since the defendant's sentencing:  On October 1, 2014, the government was informed by the Federal Bureau of Investigation (FBI) that one of the special agents involved in the investigation of the above-captioned matter may have been involved in tampering with some of the firearms, narcotics, and other items of evidence seized during this investigation.  At this time, we understand that the alleged agent misconduct with respect to this investigation may be limited to the execution of search warrants on November 20, 2013, at a residence of a co-defendant in Deale, Maryland, and a vehicle associated with that co-defendant.  The special agent has been suspended, and a criminal investigation has been opened.  Because the investigation of the special agent's alleged misconduct is in its early stages, the government has

1

not yet determined what impact, if any, the alleged misconduct will have on the defendant's case. Accordingly, the government requests that a status hearing be scheduled in approximately 30 days to permit the government to further investigate the allegations involving this agent, to assess whether and how the defendant's case may be affected, and to inform the Court and defense counsel of what course the government intends to pursue related to this prosecution.

2.   As a result of the government's Notice and the reasons underlying this request, the government suggests that if the defendant files a motion to vacate his conviction under 28 U.S.C. Sec. 2255, the Court should hold such motion in abeyance pending the completion of the government's investigation.

3.   By separate motion filed simultaneously with the instant motion, the government also moves that this Notice and any orders or pleadings related thereto, be ordered to remain sealed because of the risk that public disclosure of these pleadings will compromise the integrity of the ongoing investigation into the alleged misconduct by the special agent.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the Court promptly schedule a status hearing.

    Respectfully submitted,

    RONALD C. MACHEN JR.
    UNITED STATES ATTORNEY
    D.C. Bar No. 447-889

By:     /s/
    Karla-Dee Clark, D.C. Bar No. 435-782
    Todd Gee
    Zia Faruqui
    Assistant United States Attorneys
    555 4th Street, NW, 4th Floor
    Washington, DC 20530
    (202) 252-7740 (Clark)
    (202) 252-7224 (Gee)
    (202) 252-7117 (Faruqui)
    Karla-Dee.Clark@usdoj.gov
    Todd.Gee@usdoj.gov
    Zia.Faruqui@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon counsel for the defendant James Maloney, Esq., via electronic mail to jamestmaloney@gmail.com, this 23rd day of October 2014.

    /s/
    Karla-Dee Clark
    Assistant united States Attorney