UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| Plaintiff : | |
| : | Criminal Case No.: 13-305-33 (EGS) |
| v. : | No Pending Hearings |
| : | |
| ANNA JAIME : | |
| : | |
| Defendant : | |

## DEFENDANT'S UNOPPOSED SECOND MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, **ANNA JAIME**, by and through her attorney, Clark U. Fleckinger II, respectfully moves this Honorable Court, a second time and without opposition, to modify her conditions of pretrial release by vacating the home detention, with GPS monitoring (ankle bracelet), condition of release. As grounds therefore, the Defendant represents as follows:

1. That, on April 3, 2014, Ms. Jaime moved the Court to modify her conditions of release to which the Government filed an opposition[1] and to which Ms. Jaime filed a reply on April 9.

2. That, Ms. Jaime incorporates by reference as though fully set forth herein the representations made in those two filings.

3. That, on April 17, 2014, the Honorable Ellen Huvelle granted the relief requested in part by modifying Ms. Jaime's curfew requirements but left in place the electronic monitoring condition of pretrial release which is implemented through the use of an ankle bracelet with a GPS monitoring device.

---

[1] The Government was not opposed to Ms. Jaime's curfew condition being modified but was opposed to the Court vacating the electronic monitoring component, which involves the use of an ankle bracelet, of her pretrial release.

1

4. That, the ankle bracelet is extremely uncomfortable and has become increasingly so over the past several months. It is causing both a rash and swelling of on Ms. Jaime's ankle and leg. In addition, she is unable to wear the kind of clothing that she would like to be able to wear to work, to church, and while pursuing normal family and social functions.

5. That, Ms. Jaime is respectfully requesting that the Court vacate the electronic monitoring component of her pretrial release.

6. That, Carlos Rosales, the Pretrial Services Officer who is monitoring Ms. Jaime's compliance with conditions of pretrial release in McAllen, TX advises that Ms. Jaime has been "100% compliant with all her conditions" of release in the above captioned matter although he takes no position with regard to the electronic monitoring. *See,* Mr. Rosales' October 28, 2014 e-mail to undersigned counsel attached hereto as Exhibit 1. In addition, Jeremy Schumacher of the DC Pretrial Services Agency advises that the DC Pretrial Services Agency has no opposition to Ms. Jaime being removed from electronic monitoring. *See,* Mr. Schumacher's October 28, 2014 e-mail to undersigned counsel attached hereto as Exhibit 2. Last, AUSA Karla-Dee Clark advises that the Government does not oppose the request made herein but would request that Ms. Jaime be required to report to her Pretrial Services Officer in McAllen, TX once a week in person.[2]

7. That, as previously submitted, Ms. Jaime submits that she does not pose a risk of flight and that her continued home detention through electronic monitoring is unnecessary to ensure her appearance in Court when required for future proceedings.

8. That, pursuant to 18 U.S. C. § 3142(c)(1)(B), a Defendant should be released pretrial with the least restrictive conditions of release necessary to ensure

---

[2] Ms. Jaime has no opposition to the weekly, in-person, reporting condition.

2

appearance in Court when required. Granting the request made herein would comport with that statutory requirement.

Wherefore, for these and such other reasons as may appear to this Honorable Court, the Defendant respectfully requests that this Honorable Court vacate the current electronic monitoring condition of her pretrial release.

Respectfully submitted,

_____/S/_____
Clark U. Fleckinger II
Attorney for Defendant
Rockville Metro Plaza I
111 Rockville Pike, Suite 980
Rockville, MD 20850
(301)294-7301
Bar No. 362393

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Defendant's Unopposed Second Motion To Modify Conditions of Release, has been served, by ECF, upon AUSA Karla-Dee Clark, at the United States Attorney's Office, located at 555 4th Street, NW, Washington, D.C. 20530, this 4th day of November, 2014.

_____/S/_____
Clark U. Fleckinger II