**From:** Carlos_Rosales <Carlos_Rosales@txspt.uscourts.gov>
**To:** cufleckinger <cufleckinger@aol.com>
**Subject:** Anna Jaime
**Date:** Tue, Oct 28, 2014 11:54 am

Hello, hope all is well.

For you information, Mrs. Jaime has been 100% compliant with all her conditions while on bond.

In regards to removing RF tracker, we have no position on this matter.

Thanks