**UNITED STATES DISTRICT COURT**
  **FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 13-305-04 (EGS) |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| **DEWAYNE K. SPRIGGS,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL THE
MOTION TO CONTINUE THE SENTENCING HEARING AND
TO SCHEDULE A STATUS HEARING**

The United States of America, by and through its attorney, Ronald C. Machen Jr., the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the Motion to Continue the Sentencing Hearing and to Schedule a Status Hearing in this case, and accompanying Motion to Seal, filed October 21, 2014, any Orders related to those motions, and to unseal this instant Motion to Unseal the Motion to Continue the Sentencing Hearing and to Schedule a Status Hearing in the above captioned case.  Government counsel has contacted counsel for the defendant, who consents to this motion.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447-889

By:        /s/
Karla-Dee Clark (D.C. Bar No. 435-782)
Todd Gee (D.C. Bar No. 495-001)
Zia Faruqui (D.C. Bar No. 494-990)
Assistant United States Attorneys
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-7740 (Clark)
(202) 252-7224 (Gee)
(202) 252-7117 (Faruqui)
Karla-Dee.Clark@usdoj.gov

Todd.Gee@usdoj.gov
Zia.Faruqui@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon counsel for the defendant Kenneth Auerbach, Esq., via electronic mail to ken.auerbach@yahoo.com, this 4th day of November 2014.

_____/s/_____
Karla-Dee Clark