UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 13-305 (EGS) |
| | : | |
| v. | : | |
| | : | |
| JUAN FLOYD, et al., | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this Status Report. On November 10, 2014, the Court held a status hearing for defendants Bruce Settles and Darnell Rogers, co-defendants in the above-captioned case. Listed below is a summary of the information the government provided to the Court and defense counsel during that hearing.

On October 1, 2014, the Federal Bureau of Investigation ("FBI") informed the United States Attorney's Office for the District of Columbia ("USAO-DC") that FBI Special Agent Matthew Lowry may have engaged in misconduct by tampering with evidence. The alleged tampering includes tampering with narcotics and firearm evidence seized during investigations. Special Agent Lowry was a member of the Cross Border Task Force and has been suspended. The United States Attorney's Office for the Eastern District of Pennsylvania ("USAO-EDPA"), in conjunction with the Department of Justice's Office of Inspector General ("DOJ-OIG"), is conducting a criminal investigation into the alleged misconduct by Special Agent Lowry.

It is our understanding that Special Agent Lowry provided limited assistance with the underlying investigation in the above-captioned matter. He was a member of the search team for

two search warrants that were executed on November 20, 2013, one for a residence in Deale, Maryland of a co-defendant in this case, and a second search warrant for a vehicle used by that co-defendant. The alleged tampering with respect to the firearms evidence involves Special Agent Lowry's alleged possession, for no legitimate law enforcement purpose, of firearms that had been seized during the execution of the two search warrants in Deale, Maryland, on November 20, 2013. All of the firearms seized during the execution of those two search warrants are now in FBI custody.

Based on our review of the <u>Juan Floyd</u> case to date, we do not believe that Special Agent Lowry's alleged misconduct will have any impact on any of the cases against any of the defendants in the above-captioned matter, including the guilty pleas and convictions. The investigation in this case was conducted by the Safe Streets Task Force. Special Agent Lowry was not the affiant for any search warrants in this investigation or the affidavits in support of the Title III wiretap investigation. None of the evidence seized from the execution of the two search warrants in Deale, Maryland, on November 20, 2013, has been used against any of the defendants charged in the above-captioned matter. Specifically, none of that evidence formed the basis for any charges, was relied upon in any factual proffers, or was used to establish relevant conduct for any of the defendants who have pled guilty.

The USAO-DC will continue to review this case and make assessments regarding the alleged misconduct by Special Agent Lowry. The USAO-DC is preparing a detailed written disclosure for the Court and all defendants that will address Special Agent Lowry's alleged misconduct and his limited role in this investigation. The USAO-DC needs to ensure that its detailed written disclosure is accurate, which requires coordination with the USAO-EDPA and the DOJ-OIG. The USAO-DC is aware of its disclosure obligations as ordered by this Court and has

informed the USAO-EDPA and the OIG accordingly.

    At this time, there is no additional information to report.

        Respectfully submitted,

        RONALD C. MACHEN JR.
        UNITED STATES ATTORNEY
        D.C. Bar No. 447-889

By:

        /s/
        Karla-Dee Clark, D.C. Bar No. 435-782
        Todd Gee, D.C. Bar No. 495-001
        Zia Faruqi, D.C. Bar No. 494-990
        Assistant United States Attorneys
        555 4th Street, NW, 4th Floor
        Washington, DC 20530
        (202) 252-7740 (Clark)
        (202) 252-7224 (Gee)
        (202) 252-7117 (Faruqi)
        Karla-Dee.Clark@usdoj.gov
        Todd.Gee@usdoj.gov
        Zia.Faruqi@usdoj.gov