**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Crim. No. 13-305 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **JUAN FLOYD, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this Status Report for November 12, 2014.  We adopt and incorporate by reference all of the Government's Status Reports filed since November 10, 2014, and hereby submit that there is no additional information to report.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447-889

By: 

_____/s/_____
Karla-Dee Clark, D.C. Bar No. 435-782
Todd Gee, D.C. Bar No. 495-001
Zia Faruqui, D.C. Bar No. 494-990
Assistant United States Attorneys
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-7740 (Clark)
(202) 252-7224 (Gee)
(202) 252-7117 (Faruqui)
Karla-Dee.Clark@usdoj.gov
Todd.Gee@usdoj.gov
Zia.Faruqui@usdoj.gov