# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Crim. No. 13-305 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **JUAN FLOYD, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this Status Report for November 13, 2014. We adopt and incorporate by reference all of the Government's Status Reports filed since November 10, 2014, and hereby submit that there is no additional information to report. The United States Attorney's Office for the District of Columbia makes the factual representations in this filing on behalf of the United States, having consulted with the United States Attorney's Office for the Eastern District of Pennsylvania.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447-889

By:         /s/
Todd Gee, D.C. Bar No. 495-001
Assistant United States Attorney
555 4th Street, NW, 4th Floor
Washington, D.C. 20530
(202) 252-7224 (Gee)
Todd.Gee@usdoj.gov