UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 3 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,       )
                                )
           v.                   )
                                ) Criminal No. 13-305-19 (EGS)
ROXANNE MATHEWS-BAKER,          )
                                )
           Defendant.           )

## ORDER

In accordance with the discussion held on the record during the November 6, 2014 status hearing in this case, it is hereby

**ORDERED** that Ms. Mathews-Baker, having been committed to the custody of the District of Columbia Department of Corrections, be released into the custody of the Pretrial Services Agency for the District of Columbia for purposes of a bed-to-bed transfer to the inpatient treatment center selected by that Agency.

SO ORDERED.

Signed: Emmet G. Sullivan
        United States District Judge
        **November 13, 2014**