**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
         v.                   )
                              ) Criminal No. 13-305 (EGS)
JUAN FLOYD, et al.,           )
                              )
         Defendants.          )
_____)

**ORDER**

In accordance with the discussion the Court held with the Chief of the Criminal Division of the United States Attorney's Office for the District of Columbia on the record during the November 14, 2014 status hearing, the Court enters this Order to reiterate its previous Orders. For the reasons stated during that status hearing, it is hereby

**ORDERED** that the Court's Amended Brady Order, ECF No. 533, which was issued by the Court on November 7, 2014, shall continue to apply not only to the prosecutors appearing before the Court in this matter and their supervisors at the United States Attorney's Office for the District of Columbia, but also to "the government," which the Court defines for purposes of this Order as follows: the Attorney General of the United States; the United States Department of Justice, and all offices, departments, employees, and agencies thereof, including but not limited to the United States Attorney for the District

of Columbia, the United States Attorney's Office for the District of Columbia, the United States Attorney for the Eastern District of Pennsylvania, the United States Attorney's Office for the Eastern District of Pennsylvania, and the Department of Justice's Office of Inspector General; and any other government entity or employee, state, federal or local, that may be "closely aligned with the prosecution" with respect to any activity relevant to this case, the ongoing investigation of alleged misconduct by Special Agent Lowry, or any investigation related thereto. *See, e.g.*, *United States v. Brooks*, 966 F.2d 1500, 1503 (D.C. Cir. 1992) (prosecution's obligation extends to all "branches of government closely aligned with the prosecution") (quotation marks omitted); *United States v. Safavian*, 233 F.R.D. 12, 17 (D.D.C. 2005) (prosecution's obligation covers "evidence known to others acting on the prosecution's behalf, including the police," as well as "other branches of government closely aligned with the prosecution") (citing *Kyles v. Whitley*, 514 U.S. 419, 437 (1995); *Brooks*, 966 F.2d at 1503); and it is

**FURTHER ORDERED** that, to ensure those individuals' and entities' ability to comply with the Court's Order, the Chief of the Criminal Division of the United States Attorney's Office for the District of Columbia shall provide a copy of the Court's Amended Brady Order, as well as this Order, **by no later than**

2

**November 15, 2014**, to all individuals and entities of "the government" that are involved in any way in the prosecution of this case, the investigation of alleged misconduct by Special Agent Lowry, and any investigation that may be related thereto; and it is

**FURTHER ORDERED** that Mr. Zane Memeger, United States Attorney for the Eastern District of Pennsylvania, or his designee who shall have the authority to speak for that office in regards to the entirety of that office's investigation of alleged misconduct by Special Agent Lowry, and any other investigations related thereto, shall appear before this Court at the status hearing scheduled for Monday, November 17, 2014 at 9:30 a.m.; and it is

**FURTHER ORDERED** that the Chief of the Criminal Division of the United States Attorney's Office for the District of Columbia shall appear at the status hearing scheduled for Monday, November 17, 2014 at 9:30 a.m.; and it is

**FURTHER ORDERED** that, in accordance with the Court's Amended Brady Order, any information related to the alleged misconduct of Special Agent Lowry, to any investigation of that alleged misconduct, or to any investigation related thereto, which has not previously been disclosed to the Court and is in the possession of "the government," and which is favorable to any defendant but which the government believes not to be material,

3

shall be submitted to the Court for *in camera* review by no later than **Monday, November 17, 2014 at 9:00 a.m.**

   **SO ORDERED.**

 **Signed:   Emmet G. Sullivan
            United States District Judge
            November 14, 2014**