UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No.: 13-cr-305 (EGS)** |
| | ) | |
| v. | ) | |
| | ) | **FILED** |
| **JUAN FLOYD, et al.,** | ) | NOV 19 2014 |
| | ) | Clerk, U S District & Bankruptcy |
| Defendants. | ) | Courts for the District of Columbia |

## PROTECTIVE ORDER

Upon consideration of the Government's Motion for a Protective Order and upon reviewing the Government's ex parte, under seal, and in camera submission, see Notice of Submission [ECF Document 548], including the Government's proposed disclosure to the defendants related to a criminal investigation of an agent's alleged misconduct, with proposed redactions (Attachment C to the Government's Submission), and after finding good cause shown by the Government, it is this ___ day of November, 2014,

ORDERED, that the Government is authorized to provide its proposed disclosure to the defendants, with the proposed redactions, pursuant to this Protective Order. It is further,

ORDERED, that, subject to the Court's authorization, this Protective Order shall govern any additional disclosure by the Government to the defendants related to the criminal investigation of the agent's alleged misconduct, including any redactions. It is further,

ORDERED, that the attorneys for the defendants, and employees of such attorneys, may review and disclose materials produced pursuant to this Protective Order with the defendants and that such review and disclosure may occur only after the attorneys for the defendants advise the

1

defendants of the prohibitions of the Protective Order, a violation of which may be punished as contempt. It is further,

ORDERED, that the attorneys for the defendants, and employees of such attorneys, shall not release to the public materials produced pursuant to this Protective Order and shall not make additional copies of such materials without prior authorization of this Court. It is further,

ORDERED, that the attorneys for the defendants, and employees of such attorneys, shall not permit the defendants to have possession of any materials produced pursuant to this Protective Order outside the supervision of an attorney for a defendant or an employee of such an attorney, and shall not permit the defendants to review materials produced pursuant to this Protective Order outside the presence of an attorney for a defendant or an employee of such an attorney. And it is further,

ORDERED, that materials produced pursuant to this Protective Order are for use in this case only and are not to be disseminated or used for any other purpose.

_____
Emmet G. Sullivan
United States District Court Judge
for the District of Columbia