**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **Crim. No. 13-305 (EGS)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **JUAN FLOYD, et al.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## NOTICE OF MATERIALS PROVIDED DEFENSE COUNSEL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that pursuant to the Court's protective order signed and dated November 18, 2014 [ECF Document 552], the government sent to counsel of record in the above-captioned case on November 18, 2014, via Federal Express next day delivery to the office address listed in ECF (with the exception of Nathan Silver, Esq. to whom his ECF-listed address is a P.O. Box so the government sent the letter to a physical address Mr. Silver has requested the government to send packages previously), a letter dated November 18, 2014 with attachments.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447-889

By:  _____/s/_____
Karla-Dee Clark (D.C. Bar No. 435-782)
Todd Gee (D.C. Bar No. 495-001)
Zia Faruqui (D.C. Bar No. 494-990)
Assistant United States Attorneys
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-7740 (Clark)
(202) 252-7224 (Gee)
(202) 252-7117 (Faruqui)
Karla-Dee.Clark@usdoj.gov
Todd.Gee@usdoj.gov
Zia.Faruqui@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this 19th day of November, 2014, a copy of the foregoing was served on counsel of record for the defendants via the Court's Electronic Filing System.

_____/s/_____
Todd Gee
Assistant United States Attorney

2