UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : |
| | : Criminal No. 13-0305(1)(EGS) |
| JUAN FLOYD, | : |
| | : |
| *Defendant.* | : |

## DEFENDANT'S MOTION FOR PRODUCTION OF EVIDENCE

**DEFENDANT** Juan Floyd, by and through undersigned counsel, hereby respectfully submits his Motion for Production of Evidence, and states as follows:

1. As the Court and parties are aware, FBI Agent Matthew Lowry was found in September "apparently high on drugs, slumped over the wheel of his FBI car, allegedly with heroin and guns connected to drug cases." *Fed Prosecutor says more drug cases may be tossed due to FBI agent misconduct probe* (ABC7 website, Nov. 17. 2014; at http://www.wjla.com/articles/2014/11/fed-prosecutor-says-more-drug-cases-may-be-tossed-due-to-fbi-agent-misconduct-probe-109085.html).

2. Since the discovery of Lowry's misconduct, the government has sought to tightly control the flow of related information to the Court, the defense and to the public. The government has convinced the Court to issue various Orders restricting materials that it has produced begrudgingly. *See, e.g.*, Protective Order (Doc. No. 552).

3. In a further effort to control what is surely damaging information from becoming public, the government has indicated that the investigation into Lowry's wrongdoing is solely focused on him. For example, at the November 17, 2014, status hearing, AUSA John Malis stated:

> … I can represent to the Court that as of right now in the criminal investigation being conducted by the Easters District of Pennsylvania, there is no other individual who is a subject or target of that criminal investigation, no agent, no officer, no other individual other than Agent Lowry.

Tr. 11/17/14 at 32:15 – 32:20.  The problem with the government's representation is that it ignores that very-real possibility of a systemic problem in the manner in which the FBI maintains evidence in any given case.

   4. On November 19, 2014, the government disclosed to the defense that there "are no video cameras inside the [Washington Field Office] Evidence Control Center or inside the evidence storage area at the Cross Border Task Force."  *See* Exh. 1 at 4.  The government's disclosure suggests that the WFO and the Cross Border Task Force do not have strict evidence handling or securing procedures in place.

   5. The lack of evidence handling or securing procedures appears to have facilitated FBI Agent Matthew Lowry's wrongdoing such as his being able to check out evidence for extended periods of time and for no legitimate purpose.  Additionally, the lack of controls in evidence handling and securing may also implicate the way evidence has been collected, stored, logged, secured, and or otherwise handled by other agents, not just Lowry.

   6. For example, in any given trial, the government would present testimony that the evidence in question was collected at a specific location, taken from that location to the "evidence room" and that a strict chain-of-custody was maintained until the evidence was presented at trial.  Obviously, if Lowry was able to avoid logging seized evidence, remove evidence for extended periods of time or to otherwise mishandle evidence with impunity, it stands to reason that the strict chain-of-custody claimed by the government in most cases is a sham.

7. That the FBI has failed to maintain and secure evidence in this case or any other case, would be evidence that is favorable to the defense and should be disclosed pursuant to the Court's Amended *Brady* Order (Doc. No. 533), which "directs the government to produce to defendants in a timely manner any evidence in its possession that is favorable to any defendant and material either to any defendant's guilt or punishment." Amended *Brady* Order at 2.

8. The Court has already ordered the government to identify the agents who were members of the Cross Border Task Force, chain of custody logs and any video recordings of the evidence room. *See* Minute Order, Nov. 17, 2014. As an extension of that Minute Order, Mr. Floyd respectfully requests this Honorable Court to order the government to produce all written, unwritten, formal or informal procedure for the logging in, securing, maintaining, removing or other handling of evidence from FBI or Cross Border Task Force "evidence rooms," or other facility or device used to store evidence in any criminal matter.

9. Additionally, specific to Lowry's investigation, Mr. Floyd respectfully requests this Court to direct the government to represent to the Court that the government and its agencies, including the FBI, has produced all evidence related to the Lowry investigation, including, but not limited to, reports, photographs, recordings or any other memorialization containing evidence relating to that investigation. This request is made because Lowry's agency, the FBI, is apparently involved in the investigation and clearly has an interest in the outcome of that investigation and whether any damaging information is made public. *See* Notice of Submission (Doc. 572) (the USAO-DC "hereby gives notice that it has submitted to the Court today for the Court's *ex parte*, under seal, and *in camera* review, materials that the USAO-DC has received from the FBI.") Thus, at the very least, it appears that the FBI is controlling the material that is provided to the USAO-DC, and by extension, to the USAO-PA, which is

investigating Lowry.

## CONCLUSION

**WHEREFORE**, for the foregoing reasons and any other that may appear to the Court, Mr. Floyd respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
November 30, 2014

Respectfully submitted,

**BALAREZO LAW**

By: /s/
_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Fifth Street, NW
Suite 300
Washington, DC  20001
Tel:  (202) 639-0999
Fax: (202) 639-0999
aeb@balarezolaw.com

*Counsel for Defendant Juan Floyd*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of November 2014, I caused a true and correct copy of the foregoing Defendant's Motion for Production of Evidence to be delivered via ECF to the parties in this case.

/s/
_____
A. Eduardo Balarezo