UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Crim. No. 13-305 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **JUAN FLOYD, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF MATERIALS PROVIDED DEFENSE COUNSEL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that the government sent counsel of record in the above-captioned case information regarding the investigation into the alleged misconduct of Federal Bureau of Investigation ("FBI") Agent Matthew Lowry in letters dated November 18, 2014, November 19, 2014, November 24, 2014,[1] December 9, 2014, December 10, 2014, and December 15, 2014.[2] With the exception of the letter dated November 19, 2014, which was sent via email, the letters and attachments were sent to defense counsel via Federal Express next day delivery to the office address listed in ECF (with the exception of Nathan Silver, Esq., whose ECF-listed address is a P.O. Box so the government sent the letter to a physical address Mr. Silver has provided the government).[3]

---

[1] Three different letters with attachments were sent to defense counsel dated November 24, 2014.

[2] Two different letters with attachments were sent to defense counsel dated December 15, 2014.

[3] The government will provide Manuel J. Retureta, Esq., counsel for defendant Edmundo Cantu, with copies of the letters and attachments sent to defense counsel prior to December 8, 2014, the date on which his client was arraigned.

1

                Respectfully submitted,

                RONALD C. MACHEN JR.
                UNITED STATES ATTORNEY
                D.C. Bar No. 447-889

By:        _____/s/_____
                Karla-Dee Clark (D.C. Bar No. 435-782)
                Todd Gee (D.C. Bar No. 495-001)
                Zia Faruqui (D.C. Bar No. 494-990)
                Assistant United States Attorneys
                555 4th Street, NW, 4th Floor
                Washington, DC 20530

## CERTIFICATE OF SERVICE

On this 15th day of December, 2014, a copy of the foregoing was served on counsel of record for the defendants via the Court's Electronic Filing System.

                _____/s/_____
                Todd Gee
                Assistant United States Attorney