UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 13-305 (EGS) |
| v. | : | |
| **JUAN FLOYD, et. al.** | : | |
| **Defendants.** | : | |

**FILED**
JAN 2 8 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**

Upon consideration of the Government's Motion to Unseal the Government's November 24, 2014, Ex Parte Submission to the Court, it is this 28TH day of JAN, 2015,

ORDERED, that the Government's motion is granted. It is further

ORDERED, that the Government's motion, its attachment, and this Order shall be unsealed and placed on the public docket in the above-captioned case.

_____
Emmet G. Sullivan
Judge
United States District Court for the District of Columbia