AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

FID 347131

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM1:55
RECEIVED AUG 1 '24

UNITED STATES OF AMERICA
v.
Bruce Settles

Case No. 0090 1:13CR00305-003

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Bruce Settles

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See attached petition

Date: 8/1/24

*Issuing Officer's Signature*

City and State: Washington, DC

Royce C. Lamberth U.S.D.J.
*Printed Name and Title*

### Return

This warrant was received on *(date)* 8/1/24, and the person was arrested on *(date)* 2/24/26
at *(city and state)* Washington DC

Date: 2/24/26

*Arresting Officer's Signature*

Michael Brennan  DUSM
*Printed Name and Title*